UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.: CV-05-7352-R

Date: **Feb. 20, 2007**

TITLE: SETH HUBERMAN etc V. TAG-IT PACIFIC INC et al
=================================================================

PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | Walter Ledge |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

Lionel Glancy
Patricia Avery
Marc Godino
Adam Gauthier

ATTORNEYS PRESENT FOR DEFENDANTS:

Peter Stone
Jay Ghandi
Howard Privette

PROCEEDINGS: Lead Plaintiff's motion for class certification

**THE COURT HEARS ARGUMENTS OF COUNSEL.**

**THE COURT DENIES THE MOTION.**

DOCKETED ON CM
FEB 26 2007
BY 012

13 min

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk __WH__